IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-02384-WYD-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: March 20, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*  *Counsel:*

KEVIN FRANCIS JONES,  *Pro Se (appearing by telephone)*

    Plaintiff,

v.

MARCUS LEHMKUHL, *et al.*,  Anne Hall Turner

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   PRELIMINARY SCHEDULING CONFERENCE**
**Court in session:   10:04 a.m.**
Court calls case.  Appearances of counsel.

Discussion between the court and the plaintiff regarding the plaintiff's MOTION for Order to Allow Access to Legal Documents (Docket No. 35, filed on 3/15/2012)

**ORDERED:**  The court **DENIES** the plaintiff's MOTION for Order to Allow Access to Legal Documents (Docket No. 35, filed on 3/15/2012).

Discussion between the court and the plaintiff regarding the plaintiff's MOTION for Leave to File Reply to Defendants Responsive Pleading (Docket No. 37, filed on 3/19/2012).

**ORDERED:**  The court **DENIES** the plaintiff's MOTION for Leave to File Reply to Defendants Responsive Pleading (Docket No. 37, filed on 3/19/2012).

Discussion between the court and the plaintiff regarding his claims and allegations and requesting court appointed counsel to represent him.

**ORDERED:**  The parties shall not engage in any discovery until the court knows which claims will be moving forward, the motion to dismiss has been fully briefed, and the parties have

>participated in a Status Conference to determine how to move this case forward. The court will stay all discovery at this time.

Ms. Turner addresses the court regarding a correction that needs to be made to the docket sheet regarding the service of officer Harmon. The docket sheet currently reflects that he has been served which is not correct. The plaintiff informs the court that officer Harmon has not responded and he has received no paperwork; Mr. Jones states that he would like to get a status update on this matter. The court advises Mr. Jones that officer Harmon has not been served with a copy of the Summons and Complaint. The court (through the United States Marshals) was not provided with a good address. Ms. Turner informs Mr. Jones that she is not representing this defendant.

Discussion between the court and Ms. Turner regarding MOTION for Leave to File Excess Pages (Docket No. 32, filed on ) and the court's ORDER denying #32 Motion for Leave to File Brief in Excess of Fifteen Pages (Docket No. 34, filed on 3/7/2012).

**ORDERED:**   The court will allow the defendant to have a total of **twenty-five (25) pages**.

HEARING CONCLUDED.

**Court in recess:**     **10:30 a.m.**
Total time in court:     00:26

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.